Case 1:19-mj-00096-NRN   Document 1   Filed 04/16/19   USDC Colorado   Page 1 of 2

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*11:44 am, Apr 16, 2019*
**JEFFREY P. COLWELL, CLERK**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

COLORADO CASE # 19-mj-00096-NRN

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:19 CR 229 |
| | ) | JUDGE OLIVER |
| Michael David Miller | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Michael David Miller,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 875(c):  Transmission of Threat in Interstate Commerce

Date: 04/10/2019

*Issuing officer's signature*

City and state:  Cleveland, Ohio

Jonathan D. Greenberg, Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
11:43 am, Apr 16, 2019
**JEFFREY P. COLWELL, CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2019 APR -9 PM 2:49

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | COLORADO CASE # 19-mj-00096-NRN |
| v. | ) | |
| | ) | 1:19 CR 229 |
| MICHAEL DAVID MILLER, | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Section 875(c) |
| | ) | |

JUDGE OLIVER

COUNT 1
(Transmission of Threat in Interstate Commerce, 18 U.S.C. § 875(c))

The Grand Jury charges:

On or about August 3, 2018, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant MICHAEL DAVID MILLER, did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another, to wit: Defendant used a cellular telephone in Colorado to communicate a threat to a judicial official in Cleveland, Ohio, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.