IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-mj-00096-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL DAVID MILLER,

    Defendant.

---

## NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ David E. Johnson
    DAVID E. JOHNSON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    David_johnson@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2019, I filed the foregoing ***Notice of Appearance*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Bradley W. Giles, Assistant United States Attorney
E-mail: bradley.giles@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Michael David Miller (via U.S. mail)

                                       s/ David E, Johnson
                                       DAVID E. JOHNSON
                                       Assistant Federal Public Defender
                                       633 17th Street, Suite 1000
                                       Denver, CO 80202
                                       Telephone: (303) 294-7002
                                       FAX: (303) 294-1192
                                       David_johnson@fd.org
                                       Attorney for Defendant